# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RENE BUSTAMANTE BOJORQUEZ,

Petitioners,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-05748-JLT-SAB-HC

ORDER DIRECTING RESPONDENTS TO INFORM COURT OF PETITIONER'S CUSTODY STATUS

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

A search of the Executive Office of Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-number reflects that an immigration judge ordered removal on July 27, 2026. See EOIR, Automated Case Information System, https://acis.eoir.justice.gov/en/caseInformation (last visited Oct. 30, 2026). A search of the U.S. Immigration and Customs Enforcement ("ICE") Online Detainee Locator System using Petitioner's A-number returns with zero results. See ICE, Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Oct. 30, 2026). It appears that Petitioner may not be in ICE custody, which could moot his pending habeas petition. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (finding habeas petition challenging length of immigration detention moot because "there was no extant controversy for the district court to act upon" when petitioner

was subsequently deported, "thereby curing his complaints about the length of his INS detention").

Accordingly, IT IS HEREBY ORDERED that within **FIVE (5) days** of the date of service of this order, Respondents SHALL inform the Court of Petitioner's current custody status and file any supporting documentation.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge